STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-271 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| | **ORDER RESETTING SENTENCING** |
| v. | **DATE** |
| ALAN DAVIS, | |
| Defendant. | |

Sentencing in this matter is currently set for December 10, 2012. The parties request that sentencing be reset for January 28, 2013 at 2:00 p.m. The defense needs additional time to prepare its sentencing memorandum because requests for records regarding the defendant's background are still outstanding. The assigned probation officer will be available on January 28, 2013.

Dated: November 26, 2012  /s/ Ned Smock
NED SMOCK
Assistant Federal Public Defender

Dated: November 26, 2012  /s/ Natalie Lee
NATALIE LEE
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the December 10, 2012, sentencing date is reset for January 28, 2013 at 2:00 p.m.

Dated: November 27, 2012 
HONORABLE CLAUDIA WILKEN
United States District Judge